## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1.   I, Jason Jozwiak, hereby consent and agree and opt-in to become a plaintiff class member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer, Cuyahoga County, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2.   I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by the Court or an arbitrator as fair, adequate, and reasonable.

DATE: 6/8/2017                SIGNATURE: _____ (DocuSigned by: 766D316551474FB...)

Jason Jozwiak

PRINTED NAME

**EXHIBIT A**