**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JASON JOZWIAK, an individual, on behalf of himself and others similarly situated,** | ) | **CASE NO.  1:17-CV-1238** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POSTER** |
| | ) | |
| | ) | **JOINT STATUS REPORT** |
| **vs.** | ) | |
| | ) | |
| **CUYAHOGA COUNTY** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the Court's February 12, 2019, Order, the Parties provide the following status report:

1.      The Parties reached a settlement pending approval of the Cuyahoga County Council.

2.      Cuyahoga County Council is scheduled to meet on April 9, 2019, to consider the proposed settlement agreement.

3.      The Parties respectfully ask that the Court continue the stay of proceedings for a period of 21 days pending the outcome of the Council's review of the proposed settlement.

4.      On or before April 18, 2019, the parties will jointly inform the Court of the outcome of the Council's approval or disapproval of the proposed settlement agreement by filing a Status Report.

1

Respectfully submitted,


/s/ Hans A. Nilges_____  /s/ Michele L. Jakubs_____

Hans A. Nilges (0076017)  Stephen S. Zashin (0064557)
Shannon M. Draher (0074304)  Michele L. Jakubs (0071037)
Nilges Draher, LLC  Zashin & Rich Co., L.P.A.
7266 Portage Street, N.W.  950 Main Avenue
Suite D  4th Floor
Massillon, OH  44646  Cleveland, OH 44113
Telephone:  330.470.4428  Telephone:  216.696.4441
Facsimile:  330.754.1430  Facsimile:  216.696.1618
E-Mail:  sdraher@ohlaborlaw.com  E-Mail:  ssz@zrlaw.com
        hans@ohlaborlaw.com          mlj@zrlaw.com


*Counsel for Plaintiff*  and

Cuyahoga County Department of Law

/s/ Jerad J. Zibritosky_____

Jerad J. Zibritosky (0084900)
Asst. Law Director
Cuyahoga County Department of Law
2079 East 9th Street
Cleveland, OH 44115
Telephone:  216.698.3043
Facsimile:  216.698.2744
Email:  JZibritosky@CuyahogaCounty.US


[Representation pursuant to August 27, 2013
Agreement governing the division of duties
between the Cuyahoga County Prosecutor's
Office and Law Department]

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of March 2019 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/ Hans A. Nilges</u>
Hans A. Nilges
*Counsel for Plaintiff*

3