IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASON JOZWIAK, an individual, on behalf of himself and others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>)<br>vs.  )<br>)<br>CUYAHOGA COUNTY  )<br>)<br>Defendant.  )<br>) | CASE NO.  1:17-CV-1238<br><br>JUDGE DAN AARON POSTER<br><br>**JOINT STATUS REPORT** |

On April 1, 2019, the Court extended the stay of proceedings in this matter an additional 45 days, until May 16, 2019.  In addition, the Court and ordered that the Parties submit a status report by April 18, 2019.  Accordingly, the Parties advise as follows:

1. Cuyahoga County Council approved the settlement of this matter.

2. The Parties are finalizing their joint motion for Court approval of the settlement and will file that motion prior to the end of the stay of proceedings of May 16, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ Hans A. Nilges* | */s/ Michele L. Jakubs* |
| Hans A. Nilges (0076017) | Stephen S. Zashin (0064557) |
| Shannon M. Draher (0074304) | Michele L. Jakubs (0071037) |
| Nilges Draher, LLC | Zashin & Rich Co., L.P.A. |
| 7266 Portage Street, N.W. | 950 Main Avenue |
| Suite D | 4th Floor |
| Massillon, OH  44646 | Cleveland, OH 44113 |
| Telephone:  330.470.4428 | Telephone:  216.696.4441 |
| Facsimile:  330.754.1430 | Facsimile:  216.696.1618 |
| E-Mail:  sdraher@ohlaborlaw.com | E-Mail:  ssz@zrlaw.com |
|         hans@ohlaborlaw.com |         mlj@zrlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2019 a copy of the foregoing was served by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Michele L. Jakubs*
*Counsel for Defendant Cuyahoga County*